PROB 12C
(7/93)

Report Date: July 2, 2015

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin A. Lewis             Case Number: 0980 2:08CR02112-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 6, 2009

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison 84 months; TSR - 36 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 5, 2015

Date Supervision Expires: March 4, 2018

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of not less than 120 days unless approved by U.S. Probation. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. You shall remain at the facility until discharged by the Court.

**Supporting Evidence**: Mr. Lewis arrived at the RRC on May 11, 2015, to begin his 120-day placement. On June 23, 2015, the undersigned officer was notified the offender was terminated from his placement due to violating program rules by failing to provide verification of his whereabouts and deviating from his approved passes.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Lewis, Dustin A.
July 2, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 2, 2015

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/7/15

Date