PROB 12C
(6/16)

Report Date: September 21, 2016

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Dustin A. Lewis                          Case Number: 2:08CR02112-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 6, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence<br>March 12, 2015: | Prison - 60 days<br>TSR - 34 months | |
| Revocation sentence<br>January 19, 2016: | Prison - 9 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: September 14, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 13, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Lewis was released from the Bureau of Prisons (BOP) custody on or about September 14, 2016. His expected arrival to Spokane, Washington, was September, 16, 2016. Mr. Lewis has failed to report to the U.S. Probation Office within 72 hours of his release from confinement, or make any effort to contact the undersigned officer. His whereabouts are unknown and it appears Mr. Lewis has absconded from supervision. |

Prob12C
**Re: Lewis, Dustin A.**
**September 21, 2016**
**Page 2**

    2    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: Mr. Lewis was scheduled to enter into the Spokane Residential Reentry Center (RRC) on September 16, 2016. The undersigned officer contacted the RRC on September 19, 2016, and was advised that Mr. Lewis had failed to report to the RRC. To date, Mr. Lewis has not advised U.S. probation as to where he is residing, and his whereabouts are currently unknown.

    3    **Special Condition # 21**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

        **Supporting Evidence**: Mr. Lewis was scheduled to enter into the RRC on September 16, 2016. The undersigned officer contacted the RRC on September 19, 2016, and was informed that Mr. Lewis had not reported to the RRC and his referral was being closed. His current whereabouts are unknown and it appears Mr. Lewis has absconded from supervision.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/21/16

Date