PROB 12C
(6/16)

Report Date: October 21, 2016

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Dustin A. Lewis        Case Number: 0980 2:08CR02112-LRS-1

Address of Offender: ██████████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 6, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence<br>March 12, 2015: | Prison - 60 days<br>TSR - 34 months | |
| Revocation sentence<br>January 19, 2016: | Prison - 9 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: September 14, 2016 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: October 13, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Lewis violated his conditions of supervised release in Yakima, Washington, for being arrested and charged with eluding and taking a motor vehicle without permission 1st degree, case number 16-020433. |

Prob12C
Re: Lewis, Dustin A.
October 21, 2016
Page 2

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/24/16
Date